# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| NORMAN CLANCY,<br><br>      Plaintiff,<br><br>    v.<br><br>ALLSTATE INSURANCE COMPANY, et al.,<br><br>      Defendants. | Case No. 20-cv-08668-BLF<br><br>**ORDER TO SHOW CAUSE** |

On August 30, 2021, the Court dismissed Plaintiff's Complaint with leave to amend and allowed Plaintiff to file an amended complaint within 14 days. *See* ECF No. 26. That 14-day period has elapsed and the Court has not received an amended complaint.

Because Plaintiff is proceeding *pro se*, the Court will not automatically dismiss this case for failure to timely file an amended complaint. Instead, Plaintiff is ORDERED TO SHOW CAUSE, in writing, **on or before September 28, 2021**, why this case should not be dismissed for failure to prosecute. The filing of an amended complaint within that time will discharge this order to show cause. The failure to file an amended complaint or otherwise respond to this order to show cause will result in dismissal of this case without further notice.

**IT IS SO ORDERED.**

Dated: September 15, 2021

_____
BETH LABSON FREEMAN
United States District Judge